UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE D. CITIZEN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JOHN WALKER,<br><br>　　　　　Respondent. | Case No.  5:21-cv-0188-CJC-JC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE<br><br>[DOCKET NOS. 6, 11] |

　　　　The Court has conducted the review required by 28 U.S.C. § 636 and accepts the findings, conclusions and recommendation of the Magistrate Judge reflected in the July 26, 2021 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation").

　　　　IT IS HEREBY ORDERED:

　　　　1.　　Petitioner's Objection to the June 2, 2021 Notice of Document Discrepancies is overruled;

　　　　2.　　Respondent's Motion to Dismiss is granted in part and denied in part;

　　　　3.　　The Petition for Writ of Habeas Corpus by a Person in State Custody is dismissed with leave to amend;

　　　　4.　　Within twenty (20) days of the date of this Order, petitioner shall do one of the following:

(a) If he wishes to proceed with his claim(s) for habeas relief in this Court, he shall file a First Amended Petition which clearly and specifically sets forth claims for relief and plausibly demonstrates why such claims qualify for an exception to abstention pursuant to <u>Younger v. Harris</u>, 401 U.S. 37 (1971); or

(b) If he does not wish to proceed with this action, he shall file a Notice of Dismissal which will result in the voluntary dismissal of this action without prejudice.

**Petitioner is cautioned that his failure timely to file a First Amended Petition or a Notice of Dismissal may result in the dismissal of this action with or without prejudice for failure to diligently prosecute and/or comply with Court orders, or for failure to satisfy any exception to <u>Younger</u> abstention.**

IT IS FURTHER ORDERED that the Clerk serve copies of this Order on petitioner and counsel for respondent.

IT IS SO ORDERED

DATED: August 31, 2021

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE