JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE D. CITIZEN,<br><br>          Petitioner,<br><br>     v.<br><br>JOHN WALKER,<br><br>          Respondent. | Case No.  5:21-cv-00188-CJC-JC<br><br>JUDGMENT |

In accordance with the concurrently issued Order Dismissing First Amended Petition for Writ of Habeas Corpus and Action without Prejudice,

IT IS HEREBY ADJUDGED that the operative First Amended Petition for Writ of Habeas Corpus and this action are dismissed without prejudice.

          IT IS SO ADJUDGED.


DATED: January 28, 2022

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE